UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD WOODS and TYRONE HILTON,

                Plaintiffs,

-v-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVATION, ESO HIRF CO INC., RONAN COTTER, CORNELIUS O'SULLIVAN and MARTIN TEVLIN,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8088 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's Order at ECF No. 25, the parties were directed to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan no later than one week before the conference, which was December 29, 2020.

The parties have not submitted the proposed case management plan and are again ORDERED to submit the plan, via ECF, signed by counsel for each party by **today, December 30, 2020**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties are in disagreement about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument

Dated:     New York, New York
            December 30, 2020            SO ORDERED

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**