

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

May 10, 2021

<u>Via ECF</u>
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      RE:    <u>Edward Woods and Tyrone Hilton v. Fitzcon Construction/Ren Corp., et. al.</u>
              20-cv-08088(ALC)(SLC)

Your Honor:

      This office represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants to respectfully request for an adjournment of the telephone conference currently scheduled for May 18, 2021 at 10:00 AM. There have been no prior requests for an adjournment. The reason for the request is due to a scheduling conflict. All parties consent to this request. Plaintiffs and Defendants are available on either June 2, June 7, or June 8, however, if the Court is unavailable on those dates, the parties are amenable to an alternative date.

      The parties thank the Court for its time and attention.

                            **PHILLIPS & ASSOCIATES,**
                            **ATTORNEYS AT LAW, PLLC**

                            By: /s/ Stefanie L. Shmil_____
                                 Stefanie L. Shmil, Esq.

CC: All Counsel of Record (ECF)

---

The parties' request to adjourn the telephone status conference scheduled for May 18, 2021 (ECF No. 31) is GRANTED. The conference is re-scheduled for **Monday, June 7, 2021 at 2:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 31.

SO ORDERED     5/11/2021

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge