UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD WOODS and TYRONE HILTON,

                  Plaintiffs,

-v-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVATION, ESO HIRF CO INC., RONAN COTTER, CORNELIUS O'SULLIVAN and MARTIN TEVLIN,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 8088 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, June 7, 2021, the Court orders as follows:

1. Plaintiff shall request certificates of default as to defendants Esco Hirf Co Inc. and Martin Tevlin by **June 14, 2021**;

2. The discovery schedule is amended as follows:

    a. Fact discovery shall be completed by **September 3, 2021**;

    b. Expert discovery shall be completed by **October 4, 2021**; and

3. The Court will hold a settlement conference on **Wednesday, September 15, 2021 at 10:00 am**. A separate scheduling order with further instructions will follow.

Dated:      New York, New York
              June 7, 2021

                                                    SO ORDERED.

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**