UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................X

EDWARD WOODS and TYRONE HILTON, individually,

                Plaintiffs,

Case No. 20-cv-08088

- against -

FITZCON CONSTUCTION/REN CORP., et al

                Defendant,

**CLERK'S CERTIFICATE OF DEFAULT**

......................................................................X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 30, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant ESCO HIRF CO INC. by personally serving Sue Zouky, legal clerk, and proof of service was therefore filed on October 15, 2020, Doc. # 17. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant ESCO HIRF CO INC. is hereby noted.

Dated: New York, New York

      _____, 2021

                                      RUBY J. KRAJICK
                                      Clerk of Court

                             By: _____
                                      Deputy Clerk