## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EDWARD WOODS and TYRONE HILTON, individually

                Plaintiffs,                      20-cv-08088

      -against-

                                  **AFFIRMATION OF SHAWN CLARK**

FITZCON CONSTRUCTION/REN CORP., et al

                Defendants,

------------------------------------------------------------X

    SHAWN CLARK, an attorney duly admitted to practice in New York and in this court, declares on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I represent Plaintiffs Edward Woods and Tyrone Hilton in this lawsuit.

2. I submit this affirmation in support of the Plaintiffs' application for the certificates of default pursuant to F.R.C.P. 55(a) and Local Rule 55.1, against the Defendant ESCO HIRF CO INC. and Martin Tevlin. for failure to respond to the complaint or otherwise appear in this action.

3. The complaint in this action was filed September 30, 2020. *See* Docket Entry 1.

4. A summons and copy of the complaint were properly served on Defendant ESCO HIRF CO INC. on October 8, 2020. *See* Docket Entry 17.

5. A summons and copy of the complaint were properly served on Defendant Martin Tevlin on December 9, 2020. *See* Docket Entry 26.

6. Upon information and belief, Defendant ESCO HIRF CO INC., is a corporation incorporated in and doing business in New York.

7. Upon information and belief, Defendants are not infants, nor in the military, nor incompetent.

8. Defendants have failed to appear, plead or otherwise defend the action.

9. Defendants' time to respond to the complaint has long expired.

10. Wherefore, Plaintiffs respectfully request that the Court enter default judgment against Defendants ESCO HIRF CO INC. and Martin Tevlin.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
      June 14, 2021

<u>/s/ Shawn Clark</u>
Shawn Clark, Esq.
Phillips & Associates PLLC
45 Broadway Suite 430
New York, New York 10006
(212) 248-7431
*Attorneys for Plaintiffs*