UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD WOODS and TYRONE HILTON,

                Plaintiffs,

-v-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVATION, ESO HIRF CO INC., RONAN COTTER, CORNELIUS O'SULLIVAN and MARTIN TEVLIN,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8088 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 31, 2021, the Court, inter alia, extended the fact discovery deadline to October 8, 2021, and directed the parties to file a joint letter (the "Letter) certifying the completion of fact discovery by October 15, 2021. (ECF No. 41 (the "August 31 Order")). To date, the parties have not filed the Letter in accordance with the August 31 Order. Accordingly, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **October 26, 2021**.

Dated:    New York, New York
           October 25, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**