UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD WOODS and TYRONE HILTON,

                    Plaintiffs,

-v-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVATION, ESO HIRF CO INC., RONAN COTTER, CORNELIUS O'SULLIVAN and MARTIN TEVLIN,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 8088 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On October 27, 2021, the Court extended the expert discovery deadline to December 15, 2021, and directed the parties to file a joint letter (the "Letter) certifying the completion of expert discovery by December 22, 2021.  (ECF No. 47 (the "October 27 Order")).  To date, the parties have not filed the Letter in accordance with the October 27 Order.  Accordingly, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **January 4, 2022**.  In the Letter, the parties should also indicate whether they wish for the Court to conduct a settlement conference at this time.

Dated:     New York, New York
             January 3, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**