| Plaintiff | Pay Period | | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | | | | | | | |
| **Edward Woods** | 4/1/2018 | 10/15/2018 | 28 | 90 | 0 | $ 16.00 | $ 24.00 | $ 15.00 | $ 22.50 | $ 1,840.00 | $ 1,440.00 | $ 400.00 | $ 11,200.00 | $ 11,200.00 |
| | 10/16/2018 | 12/30/2018 | 11 | 63 | 0 | $ 16.00 | $ 24.00 | $ 15.00 | $ 22.50 | $ 1,192.00 | $ 1,008.00 | $ 184.00 | $ 2,024.00 | $ 2,024.00 |
| | 12/31/2018 | 12/30/2019 | 52 | 63 | 0 | $ 16.00 | $ 24.00 | $ 15.00 | $ 22.50 | $ 1,192.00 | $ 1,008.00 | $ 184.00 | $ 9,568.00 | $ 9,568.00 |
| | 12/31/2019 | 3/13/2020 | 10 | 63 | 0 | $ 16.00 | $ 24.00 | $ 15.00 | $ 22.50 | $ 1,192.00 | $ 1,008.00 | $ 184.00 | $ 1,840.00 | $ 1,840.00 |
| | | | | | | | | | | | | | $ 24,632.00 | $ 24,632.00 |
| | | | | | | | | | | | | | | |
| **Tyrone Hilton** | 8/1/2017 | 12/30/2017 | 22 | 55 | 0 | $ 27.00 | $ 40.50 | $ 11.00 | $ 16.50 | $ 1,687.50 | $ 1,485.00 | $ 202.50 | $ 4,455.00 | $ 4,455.00 |
| | 12/31/2017 | 12/30/2018 | 52 | 55 | 0 | $ 27.00 | $ 40.50 | $ 13.00 | $ 19.50 | $ 1,687.50 | $ 1,485.00 | $ 202.50 | $ 10,530.00 | $ 10,530.00 |
| | 12/31/2018 | 9/30/2019 | 39 | 55 | 0 | $ 27.00 | $ 40.50 | $ 15.00 | $ 22.50 | $ 1,687.50 | $ 1,485.00 | $ 202.50 | $ 7,897.50 | $ 7,897.50 |
| | | | | | | | | | | | | | $ 22,882.50 | $ 22,882.50 |
| **Total Damages** | | | | | | | | | | | | | $ 47,514.50 | $ 47,514.50 |

| Plaintiff | Pay Period | | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on Unpaid SOH Pay | Annual Notice Violation | Weekly Wage Violation | Emotional Damage re Discrimination | Total Per Period |
|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | |
| **Edward Woods** | 4/1/2018 | 10/15/2018 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 32,400.00 |
| | 10/16/2018 | 12/30/2018 | $ - | $ - | | | | $ 4,048.00 |
| | 12/31/2018 | 12/30/2019 | $ - | $ - | | | | $ 19,136.00 |
| | 12/31/2019 | 3/13/2020 | $ - | $ - | | | | $ 3,680.00 |
| | | | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 500,000.00 | $ 559,264.00 |
| | | | | | | | | |
| **Tyrone Hilton** | 8/1/2017 | 12/30/2017 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 18,910.00 |
| | 12/31/2017 | 12/30/2018 | $ - | $ - | | | | $ 21,060.00 |
| | 12/31/2018 | 9/30/2019 | $ - | $ - | | | | $ 15,795.00 |
| | | | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 500,000.00 | $ 555,765.00 |
| | | | | | | | | |
| **Total Damages** | | | $ - | $ - | $ 10,000.00 | $ 10,000.00 | $ 1,000,000.00 | $ 1,115,029.00 |
| | | | **Filing Date** | 4/28/2020 | | | | |
| | | | **FLSA** | 4/28/2017 | | | | |
| | | | **NYLL** | 4/282014 | | | | |
| | | | **Today** | 1/21/2022 | | | | |