UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EDWARD WOODS AND TYRONE HILTON, individually,

                                 Plaintiffs,

-against-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVACATION, ESCO HIRF CO INC., RONAN COTTER, *individually*, CORNELIUS O'SULLIVAN, *individually*, and MARTIN TEVLIN, *individually*,

                                 Defendants.

---------------------------------------------------------------------X

Case No. 20-cv-08088

**[PROPOSED] ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Upon the reading and filing of the Affidavit of Melissa Vo, Esq., in support of Plaintiff's application for an order to show cause, submitted by and through Plaintiff's attorney of record, dated the 21st day of January, 2022; and all the exhibits attached hereto, it is hereby:

ORDERED, that Defendants Esco Hirf Co. Inc., and Martin Tevlin, individually, show cause on the __ day of _____, 2022, at 40 Foley Square, New York, NY 10007, Courtroom 1306, or as soon thereafter as counsel can be heard why an Order should not be entered:

- Granting Plaintiffs' application for Default Judgment against Defendants Esco Hirf Co. Inc., and Martin Tevlin, individually.

Dated: New York, New York
       January ___, 2022

**ENTERED:**

_____
The Honorable Andrew L. Carter
United States District Judge