**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X   Case No. 20-cv-08088

EDWARD WOODS AND TYRONE HILTON,
individually,

                              Plaintiffs,

      -against-                             **Proposed Default Judgment**

FITZCON CONSTRUCTION/REN CORP., FITZCON
EXCAVACATION, ESCO HIRF CO INC., RONAN
COTTER, *individually*, CORNELIUS O'SULLIVAN,
*individually*, and MARTIN TEVLIN, *individually*,

                              Defendants.
------------------------------------------------------------------X

This action having been commenced on September 30, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Esco Hirf Co., Inc. on October 8, 2020, by service on Sue Zouky, legal clerk for the secretary of state, authorized to accept service thereof, and a true copy of the summons and of the complaint having been served to Defendant Martin Tevlin On December 9, 2020; and Defendants not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff Woods has judgment against Defendant Esco Hirf Co., Inc. and Defendant Martin Tevlin in the amount of **$24,632.00** for unpaid wages and overtime, **$24,632.00** for liquidated damages on wages and overtime, **$5,000.00** for annual notice violation, **$5,000.00** for weekly wage violation, and _____ in emotional distress damages, punitive damages in the amount of _____, attorney's fees in the amount

2

of _____, and costs in an amount of _____, amounting in all to _____.

That Plaintiff Hilton has judgment against Defendant Esco Hirf Co., Inc. and Defendant Martin Tevlin in the amount of **$22,882.50** for unpaid wages and overtime, **$22,882.50** for liquidated damages on wages and overtime, **$5,000.00** for annual notice violation, **$5,000.00** for weekly wage violation, and _____ in emotional distress damages, punitive damages in the amount of _____, attorney's fees in the amount of _____, and costs in an amount of _____, amounting in all to _____.

Dated: New York, New York

_____, 2022

_____
U.S.D.J.

This document was entered on the docket on _____.