UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD WOODS and TYRONE HILTON,

                Plaintiffs,

-v-

FITZCON CONSTRUCTION/REN CORP., FITZCON EXCAVATION, ESO HIRF CO INC., RONAN COTTER, CORNELIUS O'SULLIVAN and MARTIN TEVLIN,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8088 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 29, 2022**, Plaintiffs and Defendants Fitzcon Construction/Ren Corp., Fitzcon Excavation, Ronan Cotter, and Cornelius O'Sullivan shall file a joint letter (i) advising the Court of the status of their settlement discussions and, if applicable, (ii) indicating whether another settlement conference with the Court would assist the parties' efforts.

Dated:     New York, New York
           April 25, 2022

                                        SO ORDERED.

                                        *[signature]*
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**