

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax
—
New York

Jason R. Finkelstein
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6293
Writer's Direct Fax: 201.678.6293
Writer's E-Mail: JFinkelstein@coleschotz.com

> The parties' requested extension (ECF No. 71) is GRANTED.  By **May 6, 2022**, Plaintiffs and Defendants Fitzcon Construction/Ren Corp., Fitzcon Excavation, Ronan Cotter, and Cornelius O'Sullivan shall file a joint letter (i) advising the Court of the status of their settlement discussions and, if applicable, (ii) indicating whether another settlement conference with the Court would assist the parties' efforts.
>
> The Clerk of Court is respectfully directed to close ECF No. 71.
>
> SO ORDERED      4/29/2022
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**Via E-Filing**

Hon. Sarah L. Cave, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street
Courtroom: 18A
New York, NY 10007-1312

   Re: <u>Edward Woods, et al. v. Fitzcon Construction/Ren Corp., et al.</u>
     Case No. 20-cv-8088 (ALC)

Dear Judge Cave:

  This Firm is counsel to Defendants Fitzcon Construction/Ren Corp., Fitzcon Excavation Corp., Ronan Cotter and Cornelius O'Sullivan (collectively, the "Fitzcon Parties"), in the above-referenced matter.  Pursuant to the Court's Order entered on April 25, 2022, Plaintiffs and the Fitzcon Parties are directed to file a joint letter advising the Court as to the status of their settlement discussions by April 29, 2022.  (Dkt. No. 70.)  This letter is submitted jointly on behalf of Plaintiffs and the Fitzcon Parties to request a one-week extension of time to file same until May 6, 2022.

  Since last appearing before Your Honor for the continued settlement conference held on March 11, 2022, the parties have continued to engage in good-faith settlement negotiations to bridge the gap between their respective positions.  The parties are currently making a final push that will hopefully result in resolution, but need a few additional days to do so.  Counsel also have unrelated scheduling conflicts that would be partially alleviated by the additional week of time to address the matters in this case.  Given the foregoing, the parties jointly respectfully request a brief extension until May 6, 2022 to submit the ordered settlement status update letter.  This is the first request for an extension of the current deadline, and is not made for purposes of delay.

  We thank the Court for its consideration of this request.

www.coleschotz.com

60982/0001-43011014v1