UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EDWARD WOODS and TYRONE HILTON,  :
                                                     **Plaintiffs,**  :
                                                            :    20-cv-8088 (ALC) (SLC)
        -against-                                           :
                                                              :    <u>ORDER ADOPTING</u>
FITZCON CONSTRUCTION/REN CORP. ET AL.,  :    <u>REPORT AND</u>
                                                              :    <u>RECOMMENDATION</u>
                         **Defendants.**   x
-------------------------------------------------------------------
**ANDREW L. CARTER, JR., District Judge:**

  On November 16, 2020, this matter was referred to United States Magistrate Judge Sarah L. Cave for general pretrial matters. (ECF No. 24.) On September 1, 2022, this Court issued an amended order of reference, referring the parties' motion for settlement approval to Judge Cave for report and recommendation. (ECF No. 80.) Judge Cave issued her Report and Recommendation on November 14, 2022, recommending that the parties' settlement agreement be approved as fair and reasonable. (ECF No. 87.)

  The Court now considers the Report and Recommendation issued by Magistrate Judge Cave. (ECF No. 87.) Despite notification of the right to object to the Report and Recommendation, no objections were filed by the deadline of November 28, 2022. Where no timely objections are made, the Court may adopt the Report and Recommendation so long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation and because the Court finds no clear error in the record, the Court adopts Judge Cave's Report and Recommendation in its entirety. Accordingly, the settlement agreement at ECF No. 78 is approved as fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

2

The Clerk of Court is respectfully requested to enter judgment and close this case.

**SO ORDERED.**

**Dated: December 13, 2022**
      **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**