UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EDWARD WOODS and TYRONE HILTON,

                Plaintiff,                20 CIVIL 8088 (ALC)(SLC)

    -against-                            **JUDGMENT**

FITZCON CONSTRUCTION/REN CORP. ET AL.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2022, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
           December 13, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                            **BY:**

                                                  **Deputy Clerk**