

**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

MEMO ENDORSED

October 10, 2024

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/27/2025

Re:   **_Woods et al v. Fitzcon Construction/Ren Corp. et al_**
      **1:20-cv-08088 (ALC) (SLC)**

Your Honor:

My firm represents Plaintiffs Edward Woods and Tyrone Hilton in the above-referenced action. I write to respectfully request that the entry of judgment, filed on September 4, 2024 (Dkt. 91), be vacated without prejudice.

Since filing said entry of judgment, counsel for Defendants have indicated that Defendants will proceed to make the due payments as agreed upon in the settlement agreement for this matter (*see* Exhibit A).

As such we kindly request that this court vacate the Entry of Judgment (Dkt. 91) without prejudice and reserve the right to re-file the Entry of Judgment should Defendants once again fail to make the remainder of their timely payments.

We thank the Court in advance for its time and consideration.

Respectfully,

Melissa Vo, Esq.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 27, 2025
New York, NY