UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
**EDWARD WOODS and TYRONE HILTON,** :
:
Plaintiffs, :
: **1: 20-cv-08088 (ALC) (SLC)**
-against- :
: <u>**ORDER**</u>
**FITZCON CONSTRUCTION/REN CORP., et al.,** :
:
Defendants. :
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

This Court will conduct a status conference in this action on **August 7, 2025, at 12:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:   July 29, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**