UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
EDWARD WOODS and TYRONE HILTON, :
:
Plaintiffs, :      1: 20-cv-08088 (ALC) (SLC)
:
-against- :      **ORDER**
:
FITZCON CONSTRUCTION/REN CORP., et al., :
:
Defendants. :
:
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall file a joint status report updating the Court on Defendants' compliance with the settlement on or before **September 10, 2025**.

SO ORDERED.

Dated:   August 7, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**