USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/8/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X   Case No.  20-cv-08088

EDWARD WOODS and TYRONE HILTON,
    *individually*

                Plaintiffs,

    -against-                   **JUDGMENT**

FITZCON CONSTRUCTION/REN CORP.,
FITZCON EXCAVATION, ESCO HIRF CO.
INC., RONAN COTTER, *individually*,
CORNELIUS O'SULLIVAN, *individually*,
and MARTIN TEVLIN, *individually*

                Defendants.
-----------------------------------------------------------------------X

      **WHEREAS,** the parties entered into a settlement in this action, which was approved by this Court on December 13, 2022;

      **WHEREAS,** Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

      **WHEREAS,** this matter came before the Court for an entry of Judgment in favor of Plaintiffs against Defendants, pursuant of the settlement agreement which was approved by this Court on December 13, 2023.

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff EDWARD WOODS and TYRONE HILTON and against Defendants FITZCON CONSTRUCTION/REN CORP., RONAN COTTER, CORNELIUS O'SULLIVAN, and FITZCON EXCAVATION in the sum of Twenty Five Thousand and Dollars and Zero Cents ($22,500.00) and that Plaintiffs shall have execution therefor.

      Judgment Entered this __8th__ day of __October__, 2025.

_____
US District Judge Andrew L. Carter, Jr.
New York, NY

1